HHG

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
4-8 2008 NF
APR 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Adenike Adebayi
(Please print)

STREET ADDRESS: P. O. Box 5572

CITY/STATE/ZIP: Chicago, IL 60680

PHONE NUMBER: 708.828.2691

CASE NUMBER:  08CV1996
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

_____          4/8/2008
Signature                        Date