HHW

**FILED**
APR 0 8 2008
4-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Adenike Adebiyi
Plaintiff

v.

Officer Warner Biedenharn
Officer Tom Rogers
Mr Timothy Felgenhauer
Defendant(s) CVS Pharmacy,
Chicago Heights Police Department

08CV1996
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

CASE _____
JUDGE _____

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, Adenike Adebiyi, declare that I am the ☒plaintiff ☐petitioner ☐movant (other __N/A__) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # _____   Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: South Suburban College, 15800 State Street, South Holland IL. 60473

   a. If the answer is "No":
      Date of last employment: May 2006
      Monthly salary or wages: about $1285.00 a month.
      Name and address of last employer:
      South Suburban College

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: Separated
      Name and address of employer: Don't know

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                   ☒Yes   ☐No
      Amount 600        Received by Monthly child support
      Daughter makes $192.00 Monthly during school year

b. ☐ Business, ☑ profession or ☐ other self-employment        ☑ Yes        ☐ No
Amount about $2865⁰⁰   Received by Adenike Adebiyi rent

c. ☐ Rent payments, ☐ interest or ☐ dividends                ☐ Yes        ☑ No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☑ welfare, ☐ alimony or maintenance or ☐ child support
                                                              ☐ Yes        ☐ No
Amount 286   Received by Adeola and Adonike Adebiyi

e. ☐ Gifts or ☐ inheritances                                  ☐ Yes        ☐ No
Amount $340⁰⁰   Received by Adenike Adebiyi

f. ☐ Any other sources (state source: _____ )       ☐ Yes        ☐ No
Amount about $3,500   Received by Adenike Adebiyi student loan
about 2,000   Financial aid

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?        ☑ Yes        ☐ No        Total amount: _____
In whose name held: Adenike Adebiyi   Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?        ☐ Yes        ☑ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?        ☑ Yes        ☐ No
Address of property: 709, East 144 Street Dolton, IL
Type of property: Residential   Current value $95,000
In whose name held: Adenike Adebiyi   Relationship to you: Self
Amount of monthly mortgage or loan payments: $850⁰⁰
Name of person making payments: Foreclosed, in Bankruptcy (self)

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                              ☐ Yes        ☑ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
Ms. Victoria O. Babayemi (Mother)
Adeola Adebiyi           Son
Adenike Adebiyi          Self
Temidayo Adebiyi         daughter

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 8, 2008

_____
Signature of Applicant

Adenike Adebiyi
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                 _____
                                 (Print name)

rev. 10/10/2007

-3-