1 of 3

**FILED**
MAY - 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) Adenike Adebiyi )
)
) Case Number: 08 CV 1996
V. )
Defendant(s) Officer Warner Biedenharn )
CVS pharmacy, Chicago Heights Police Department  Judge: Coar
- Officer Tom Rogers )
- Mr. Timothy Felgenhauer

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Adenike Adebiyi, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: That I have tried to secure attorneys. My limitations includes: No money for obtaining one, I am currently facing Bankruptcy, My house was foreclosed, My vehicle reposed, I can not find employment, I was blackmailed and still suffering from the effect of this case, No one takes me serious, I was erroneously declared to have "mental" illness by the State of Illinois. A position now abandoned. Pls. see attached.

3. In further support of my motion, I declare that (check appropriate box):
   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   
   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   
   ☒ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   
   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Adebiyi_ (signature)                    P.O. Box 5572
Movant's Signature                        Street Address

May 2, 2008                              Chicago, IL. 60680
Date                                      City, State, ZIP

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff: Adenike Adebiyi
V.
Officer Warner Biendenham
CVS Pharmacy
Chicago Heights Police Department
Officer Tom Rogers
Mr. Timothy Felgenhauer

Case Number: 08CV1996
Judge Coar

2. Contd. In Support of my motion, I declare that I have made the following attempts to retain counsel to represent me in the proceeding.
That I have tried to secure attorneys but my efforts are restricted because of the following: I currently have no job. . All efforts to secure employment have failed due to the fact that I was erroneously labeled to have mental health disease. A claim now abandoned by the state of Illinois.
I am a Registered nurse prepared at the level of graduate studies but can not find a job due to this case.
I am currently facing bankruptcy , my house was foreclosed and my vehicle was reposed and I am currently in a situation that I am not allowed to leave the state of Illinois as a result, can not leave to go to other states even though I am licensed to practice in two other states .
I am currently surviving on food stamps in a house without a bed or functioning heating system. I am however, a single mother of two children who are suffering and seeking this relief to find justice.

Adenike Adebiyi
MSN, RN
May 2, 2008

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐