## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1996 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Adenike Adebiyi vs. Warner Biedenharn, et al | | |

**DOCKET ENTRY TEXT**

MOTION [4] by Plaintiff Adenike Adebiyi for leave to proceed in forma pauperis is Granted.  MOTION [5] by Plaintiff Adenike Adebiyi for appointment of counsel is Granted.  The following attorney is appointed to represent the plaintiff: Craig R. Houser; Grabonski & Greene; 2800 S. River Road, Suite 410; Des Plaines, Il 60018; 847-827-3434. The Clerk's office is directed to send a copy of this order, the complaint and docket to Mr.Houser.  Status hearing set for August 27, 2008 at 9:00 a.m.    /s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|