**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADENIKE ADEBIYI ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1996 |
| vs. ) | |
| ) | Judge David H. Coar |
| CHICAGO HEIGHTS POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Craig R. Houser
      Grabowski & Greene
      2800 South River Road, Ste. 410
      Des Plaines, Il 60018
      chooser@glc-law.com

    PLEASE BE NOTIFIED that on **September 4, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, in Room 1419, or before any judge sitting in his stead, in said courtroom usually occupied by him, at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendants Chicago Heights Police Department and Officer Tom Rogers' **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto.

                                                  Respectfully submitted,

                                                  Del Galdo Law Group, LLC

                                                  By:    s/K. Austin Zimmer
                                                              K. Austin Zimmer, Esq.

K. Austin Zimmer, Esq. (ARDC #6276227)
Del Galdo Law Group, LLC
10526 West Cermak Road, Suite 300
Westchester, IL  60154
708-531-8800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice of Motion and attendant documents to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on August 22, 2008.

s/K. Austin Zimmer
K. Austin Zimmer, Esq.