U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

In the Matter of                                     Case Number: 08 cv 01996

ADENIKE ADEBIYI vs. OFFICER WARNER BIEDENBARN AND CVS PHARMACY AND CHICAGO HEIGHTS POLICE DEPARTMENT, OFFICER TOM ROGERS OF CHICAGO HEIGHTS POLICE DEPARTMENT, MR. TIMOTHY FELGENHAUER STATES ATTORNEY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**WARNER BIEDENHARN and CVS PHARMACY**

| |
|---|
| NAME (Type or print) <br> Richard J. Keating, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Keating, Jr. |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 North Wabash Avenue, Suite 3300 |
| CITY/STATE/ZIP <br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229550 | TELEPHONE NUMBER <br> (312) 321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADENIKE ADEBIYI, )<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>OFFICER WARNER BIEDENBARN AND CVS )<br>PHARMACY AND CHICAGO HEIGHTS )<br>POLICE DEPARTMENT, OFFICER TOM )<br>ROGERS OF CHICAGO HEIGHTS POLICE )<br>DEPARTMENT, MR. TIMOTHY )<br>FELGENHAUER STATES ATTORNEY, )<br>)<br>    Defendants.    ) | Case No. 08 cv 1996<br><br>Judge Coar<br>Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to.

Craig R. Houser
GRABOWSKI & GREENE
2800 S. River Road-Suite 410
Des Plaines, IL 60018

K. Austin Zimmer
Del Galdo Law Group, LLC
10526 W. Cermak Road-Suite 300
Westchester, IL 60154

/s/ Richard J. Keating, Jr.
Attorney for Defendant
WARNER BIEDENHARN

Robert J. Meyer
Richard J. Keating, Jr. (ARDC#6229550)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 Fax