IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADENIKE ADEBIYI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER WARNER BIEDENBARN AND CVS )<br>PHARMACY AND CHICAGO HEIGHTS )<br>POLICE DEPARTMENT, OFFICER TOM )<br>ROGERS OF CHICAGO HEIGHTS POLICE )<br>DEPARTMENT, MR. TIMOTHY )<br>FELGENHAUER STATES ATTORNEY, )<br>)<br>Defendants. ) | Case No. 08 cv 1996<br><br>Judge Coar<br>Magistrate Judge Schenkier |

## JURY DEMAND

Defendants **WARNER BIEDENBARN** and **CVS PHARMACY** Demand Trial by Jury.

/s/ Richard J. Keating, Jr.
Attorney for Defendants
WARNER BIEDENBARN and CVS PHARMACY

Robert J. Meyer
Richard J. Keating, Jr. (ARDC#6229550)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 Fax

622541