IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADENIKE ADEBIYI,<br><br>   Plaintiff,<br><br>vs.<br><br>WARNER BIEDENHARN AND CVS PHARMACY<br>AND CHICAGO HEIGHTS POLICE<br>DEPARTMENT, OFFICER TOM ROGERS OF<br>CHICAGO HEIGHTS POLICE DEPARTMENT,<br>MR. TIMOTHY FELGENHAUER STATES<br>ATTORNEY,<br><br>   Defendants. | Case No. 08 cv 1996<br><br>Judge Coar<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD
       (See attached Service List)

**PLEASE TAKE NOTICE** that on August 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before The Honorable David H. Coar, or the Presiding Judge, in courtroom 1419 at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants Warner Biedenharn and CVS Pharmacy's Motion for an extension of time to answer or otherwise plead to plaintiff's complaint, a copy of which is attached hereto and hereby served upon you.

                                                            WARNER BIEDENHARN and
                                                            CVS PHARMACY

                                                            By:   /s/ Richard J. Keating, Jr.
                                                                     One of their Attorneys

Robert J. Meyer
Richard J. Keating, Jr. (ARDC No. 622600)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100

## PROOF OF SERVICE

   I, the undersigned non-attorney, on oath, state that I served a copy of this notice and above-listed motion by faxing a copy to all counsel of record on August 25, 2008.

                                                            /s/ Richard J. Keating, Jr.

[x]   Under penalties as provided by law pursuant to
       735 *ILCS* 5/1-109 I certify that the statements
       set forth herein are true and correct.