**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Adenike Adebiyi
                          Plaintiff,

v.                                                   Case No.: 1:08–cv–01996
                                                        Honorable David H. Coar

Warner Biedenharn, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable David H. Coar: Status hearing held on 8/27/2008Plaintiff is given leave to file an Amended Conmplaint by 9/24/2008.Motion for extension of time to answer [17] is granted. Status hearing continued to 10/7/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.