**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Adenike Adebiyi
                                 Plaintiff,

v.                                                 Case No.: 1:08–cv–01996
                                                        Honorable David H. Coar

Warner Biedenharn, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to dismiss[13] : Responses due by 9/22/2008, Replies due by 10/6/2008. Motion to dismiss [13] is entered and continued to 10/7/2008 at 9:00 a.m. for status. Parties need not appear on the presentment date of 9/4/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.